NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-7120

RICHARD GAMBILL,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-1943, Judge William A. Moorman.

ON MOTION

ORDER

Richard Gambill moves for a 15-day extension of time, until February 12, 2009, to file his reply brief and for leave to file a supplemental appendix attached to his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

FEB 18 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 18 2009

JAN HORBALY
CLERK

cc: Mark R. Lippman, Esq.
Elizabeth A. Holt, Esq.

s20

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1511, -1512, -1513, -1514, -1595

THERASENSE, INC. (now known as Abbott Diabetes Care, Inc.)
and ABBOTT LABORATORIES,

Plaintiffs-Appellants,

v.

BECTON, DICKINSON AND COMPANY,
and NOVA BIOMEDICAL CORPORATION,

Defendants-Appellees,

and

BAYER HEALTHCARE LLC,

Defendant-Appellee.

Appeals from the United States District Court for the Northern District of California in consolidated case nos. 04-CV-2123, 04-CV-3327, 04-CV-3732, and 05-CV-3117, Judge William H. Alsup.

ON MOTION

## O R D E R

Abbott Laboratories et al. (Abbott) and Becton Dickinson and Company et al. (Becton) move for leave to correct the joint appendix to add two pages that they state were inadvertently omitted and to place clarifying stickers on seven pages. Abbott and Becton state that Bayer Healthcare LLC consents.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The corrections, if they have not already been made, should be made within 10 business days from the date of filing of this order.

FOR THE COURT

FEB 1 8 2009
_____
Date

_/s/ Jan Horbaly_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 8 2009

JAN HORBALY
CLERK

cc:    Rohit Kumar Singla, Esq.
       Bradford J. Badke, Esq.
       Rachel Krevans, Esq.

s17